896 P.2d 930

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Farage | 18222 | 5/03/95 | Affirmed |
| State v. Fernandez | 18131 | 5/09/95 | Reversed and Remanded |
| State v. Ublado | 16703 | 5/11/95 | Affirmed |
| State v. Strange | 16638 | 5/11/95 | Affirmed |
| Patten v. Ass'n of Apt. Owners of La Casa | 17160 | 5/12/95 | Affirmed |
| State v. Keanini | 18111 | 5/18/95 | Affirmed |
| State v. Sacro | 17022 | 5/19/95 | Affirmed and Remanded |
| State v. Reinhardt | 18100 | 5/22/95 | Affirmed |
| State v. Shelby | 17912 | 5/22/95 | Affirmed in part, Reversed in part and Remanded |
| State v. Puglisi | 16161 | 5/23/95 | Vacated and Remanded |
| State v. Park | 17672 | 5/23/95 | Vacated, Remanded and Affirmed in part |
| Society of Professional Journalists– UH Chapter v. SHOPO | 18095 | 5/30/95 | Affirmed |
| State v. Monroe | 17349 | 5/31/95 | Affirmed |
| State v. Kaahanui | 17620 | 5/31/95 | Affirmed |
| State v. Waz | 16946 | 5/31/95 | Affirmed |

| | | | | |
|---|---|---|---|---|
| Dines v. Pacific Ins. Co., Ltd. | 17433 | 4/24/95 | Denied | 893 P.2d 176 |
| Heatherly v. Hilton Hawaiian Village Joint Venture | 16929 | 5/17/95 | Partially Granted | 893 P.2d 779 |
| State v. Wells | 17067 | 5/25/95 | Denied | 894 P.2d 70 |

| | | | | |
|---|---|---|---|---|
| Bernard v. Char | 15634 | 5/30/95 | Granted | —— P.2d —— |
| State v. Carvalho | 15524 | 5/12/95 | Dismissed | 880 P.2d 217 |
| State v. Kahoonei | 17201 | 5/25/95 | Granted | —— P.2d —— |